# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| PUSH DATA LLC,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION | § <br> § CIVIL ACTION NO.  5:21-CV-00069-RWS <br> § <br> § LEAD CASE <br> § <br> § |
| PUSH DATA LLC,<br><br>v.<br><br>JERSEY MIKES FRANCHISE SYSTEMS INC. | § <br> § CIVIL ACTION NO.  5:21-CV-00070-RWS <br> § <br> § <br> § <br> § |
| PUSH DATA LLC,<br><br>v.<br><br>SHERWIN-WILLIAMS COMPANY | § <br> § CIVIL ACTION NO.  5:21-CV-00072-RWS <br> § <br> § <br> § |
| PUSH DATA LLC,<br><br>v.<br><br>RETAIL SERVICES & SYSTEMS, INC., D.B.A. TOTAL WINE & MORE | § <br> § CIVIL ACTION NO.  5:21-CV-00075-RWS <br> § <br> § <br> § <br> § |

## **ORDER**

Before the Court is Plaintiff Push Data LLC's ("Push Data") Notice of Voluntary Dismissal with Prejudice Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Docket No. 36) as to Defendants Dollar General Corporation, Jersey Mike's Franchise Systems Inc., Sherwin-Williams Company and Retail Services & Systems, Inc., d.b.a. Total Wine & More (collectively, "Defendants").  Accordingly, it is

**ORDERED** that Push Data's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.  It is further

**ORDERED** that Defendants' claims, defenses or counterclaims for relief against Push Data are **DISMISSED WITH PREJUDICE**.  It is further

**ORDERED** that all attorneys' fees, costs and expenses shall be borne by the party incurring the same.

IT IS SO ORDERED.

**SIGNED this 24th day of June, 2022.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE